UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :     INDICTMENT
                                  :
        - v. -                    :     S2 11 Cr. 097
                                  :
GUILLERMO MANUEL CONCEPCION,      :
    a/k/a "Manny Concepcion,"     :
    a/k/a "Manny,"                :
                                  :
            Defendant.            :
- - - - - - - - - - - - - - - - - x



JUDGE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 01 2011

COUNT ONE

The Grand Jury charges:

1.      From at least in or about March 2006, up through and including on or about January 2011, in the Southern District of New York and elsewhere, GUILLERMO MANUEL CONCEPCION, a/k/a "Manny Concepcion," a/k/a "Manny," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.      It was a part and an object of the conspiracy that GUILLERMO MANUEL CONCEPCION, a/k/a "Manny Concepcion," a/k/a "Manny," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3.      The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a

detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A).

## OVERT ACTS

4.  In furtherance of the conspiracy and to effect the illegal object thereof, GUILLERMO MANUEL CONCEPCION, a/k/a "Manny Concepcion," a/k/a "Manny," the defendant, committed the following overt act, among others, in the Southern District of New York and elsewhere:

   a)  On or about October 18, 2009, CONCEPCION met with a co-conspirator to discuss the delivery of drug proceeds from New York to Texas.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

5.  As a result of committing the controlled substance offenses alleged in Count One of this Indictment, GUILLERMO MANUEL CONCEPCION, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Indictment.

6.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third person;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846, and 853.)

_____          _____
FOREPERSON                                PREET BHARARA
                                          United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

GUILLERMO MANUEL CONCEPCION,
a/k/a "Manny Concepcion,"
a/k/a "Manny,"

Defendant.

### INDICTMENT

S2 11 Cr.

(21 U.S.C. § 846.)

<u>PREET BHARARA</u>
United States Attorney.

**A TRUE BILL**

Foreperson.

2-1-11 Filed Indictment Under Seal.

Gorenstein
U.S.M.J